# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOSE MOZQUEDA FRANCO | ) | Case No. 23 B 02966 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 02, 2023 10:30 am, for the following:

   Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1). Debtor to provide proof of self-employment income.

   Debtor has failed to complete the following sections of the plan as required by 11 U.S.C. §§ 1325(a)(1):
Debtor to amend section 3.1 of the plan to provide the year of Chevrolet Silverado.
Debtor to amend section 6.1 of the plan to include business property rental lease noted in Schedule G.

   Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend schedule A/B and D to provide value of Chevrolet Silverado and Ford F-150 vehicles.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: April 14, 2023                                                                      /s/ Thomas H. Hooper

                                                                                            Thomas H. Hooper
                                                                                            Chapter 13 Trustee
                                                                                            55 E. Monroe St., Suite 3850
                                                                                            Chicago, IL 60603
                                                                                            (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   JOSE MOZQUEDA FRANCO | ) | Case No. 23 B 02966 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| DAVID FREYDIN<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| JOSE MOZQUEDA FRANCO<br>14248 LINCOLN AVE<br>HARVEY, IL 60426<br>*Debtor* | (via U.S. Postal Service) |

Dated: April 14, 2023

/s/ Kelleye Robinson

Kelleye Robinson
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900